# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 06-0530 C/W 06-0529


**MAE BELL HANCHETT**

**VERSUS**

**SAFEWAY INSURANCE COMPANY OF LOUISIANA, ET AL.**


************

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF ST. LANDRY, NO. 03-C-0904-D C/W 03-C-0903,
HONORABLE DONALD W. HEBERT, DISTRICT JUDGE

************

**JIMMIE C. PETERS**
**JUDGE**

************

Court composed of Chief Judge Ulysses Gene Thibodeaux and Judges Jimmie C. Peters and J. David Painter.


**AFFIRMED.**


**Louis M. Corne**
**Attorney at Law**
**1014 West University Avenue**
**Lafayette, LA 70506**
**(337) 264-1160**
**COUNSEL FOR PLAINTIFFS/APPELLANTS:**
    **David Chapman, et al.**

**Jeffery Paul Robert**
**Law Firm of Grayson H. Brown**
**111 United Plaza, Suite 350**
**8454 United Plaza Blvd.**
**Baton Rouge, LA 70809**
**(225) 924-9585**
**COUNSEL FOR DEFENDANTS/APPELLEES:**
    **Safeway Insurance Company of Louisiana, et al.**

PETERS, J.

For the reasons set forth in *Chapman v. Safeway Insurance Co. of Louisiana*, 06-529 (La.App. 3 Cir. _/_/06), ___ So.2d ___, we affirm the trial court's judgment in all respects and assess all costs of this appeal to the plaintiff.

**AFFIRMED.**